UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THELMA FLEMMING,

   Plaintiff,

-vs-                                                       CASE NO.: 2:17-CV-02288-JTF-TMP

ALLY FINANCIAL, INC. and AMERICAN
SUZUKI FINANCIAL SERVICES
COMPANY LLC,

   Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Thelma Flemming, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, Thelma Flemming, and Defendants, Ally Financial, Inc. and American Suzuki Financial Services Company LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 16th day of August, 2017.

                                                */s/ Octavio Gomez*
                                                Octavio "Tav" Gomez, Esquire
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N. Franklin St., 7th Floor
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Florida Bar #: 0338620
                                                Attorney for Plaintiff
                                                tgomez@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2017, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                              */s/ Octavio Gomez*
                                              Octavio "Tav" Gomez, Esquire
                                              Florida Bar #:  0338620