UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**THELMA FLEMMING,**

    Plaintiff,

v.                                            Civil No. 2:17-CV-02288-JTF-TMP

**ALLY FIN., INC. and AM.
SUZUKI FIN. SERVS. CO.,**

    Defendants.

# JUDGMENT

    **DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal entered by this Court on September 18, 2017.  (ECF No. 29).


**APPROVED:**

*s/John T. Fowlkes, Jr.*                                     THOMAS M. GOULD
JOHN T. FOWLKES, JR.                             CLERK
UNITED STATES DISTRICT JUDGE

September 18, 2017                                       s/Devon C. Muse
DATE                                                              (BY)LAW CLERK